# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020
```

July 8, 2020

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square – Courtroom 906
New York, New York 10007

    **Re:** Girotto vs Prigi Corp, d/b/a Pasta Eater, et al.
       Case 1:20-cv-02160-AJN

Dear Judge Nathan:

  The undersigned is counsel for the Plaintiff in this civil action brought under the ADA.

  On April 22, 2020, Your Honor scheduled this matter for an Initial Pretrial Conference on July 17, 2020 at 3:00 p.m., in your courtroom [D.E. 7]. To date, no attorney has filed an appearance in the action on behalf of either defendant. However, we have recently engaged in settlement discussions with business counsel for the tenant and an amicable settlement of this matter is anticipated.

  Accordingly, it is respectfully requested that Your Honor adjourn the Initial Pretrial Conference to a date that is convenient to this Court in early September, 2020, to allow the parties sufficient time to complete settlement negotiations, which have been productive. In the event that the settlement is not successfully consummated by the adjourned date, it is further requested that the Initial Pretrial Conference then be conducted telephonically due to travel restrictions resulting from the COVID-19 pandemic.

  Thank you for your cooperation.

> The initial pre-trial conference currently scheduled for July 17, 2020 is hereby adjourned to September 4, 2020 at 3:15 p.m.  If it proceeds, it will be conducted telephonically.
> SO ORDERED.

Yours very truly,

THE WEITZ LAW FIRM, P.A.

By: _/s/ Robert J. Mirel_____
   Robert J. Mirel, Esq.

cc:  Counsel of Record, via ECF

SO ORDERED.  7/15/20

_/s/ Alison J. Nathan_
Alison J. Nathan, U.S.D.J.