```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luigi Girotto,

                Plaintiff,

      –v–

PRIGI Corp., *et al.*,

                Defendants.

20-cv-2160 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Initial Pretrial Conference in this case is currently scheduled for September 4, 2020, at 3:15 PM. The parties' proposed case management plan and joint letter should be submitted seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference. In their joint letter, the parties should indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the conference telephonically per its Order of July 15, 2020. The parties are reminded that pursuant to Rule 1.I. of this Court's Individual Practices in Civil Cases, all attorneys are required to promptly enter an appearance in the case. Plaintiff is hereby ordered to serve a copy of this Order on all Defendants.

      SO ORDERED.

Dated: August 24, 2020
       New York, New York

                                      ALISON J. NATHAN
                                     United States District Judge